Certificate Number: 00437-PAM-DE-031507782

Bankruptcy Case Number: 18-02222



00437-PAM-DE-031507782

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2018, at 3:27 o'clock AM MDT, Robin Harris completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 22, 2018           By:    /s/Kimberly Jackson

                                Name:  Kimberly Jackson

                                Title: Accredited Financial Counselor