LAW OFFICES

# Purcell, Krug & Haller

HOWARD B. KRUG
LEON P. HALLER
JOHN W. PURCELL JR.
JILL M. WINEKA
LISA A. RYNARD

1719 NORTH FRONT STREET
HARRISBURG, PENNSYLVANIA 17102-2392
TELEPHONE (717) 234-4178
FAX (717) 236-6120

HERSHEY
(717) 533-3836

JOHN W. PURCELL (1924-2009)

JOSEPH NISSLEY (1910-1982)

October 5, 2018

Bankruptcy Court, Middle District of PA
Harrisburg, PA 17101

*Re: Change of address*

Dear Court Administrator:

In reference to Case Number 1-18-02222, Debtor, Robin M. Harris, please update her address. Her new address is:

>2404 Newtown Drive
>Harrisburg, PA 17110

Thank you.

Very truly yours,

/s/ Lisa A. Rynard
*Lisa A. Rynard*