```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 18-02222-HWV
Robin M. Harris                                                 Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr            Page 1 of 2         Date Rcvd: Nov 05, 2018
                            Form ID: 318               Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db             +Robin M. Harris,    2404 Newtown Drive,   Harrisburg, PA 17110-3688
5072915        +AllianceOne Receivables Management,   6565 Kimball Drive,   Suite 200,
                 Gig Harbor WA 98335-1206
5072916        +Alltran Financial,    P.O. Box 610,   Sauk Rapids MN 56379-0610
5072917         American Cordadius International,   35A Rust Lane,   Boerne TX 78006-8202
5072919        +Arcadia Recovery Bureau LLC,    PO Box 6768,   Reading PA 19610-0768
5072921        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa FL 33634-2413
5072923        +Bridgecrest,   PO Box 53087,   Phoenix AZ 85072-3087
5072924         Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   PO Box 8875,
                 Camp Hill PA 17001-8875
5072925        +Caldwell & Kearns, P.C.,    3631 North Front Street,   Harrisburg PA 17110-1500
5072927         Capital One Bank,   Hayt, Hayt & Landau,   123 S. Broad Street, Suite 1660,
                 Philadelphia PA 19109-1003
5072928        +Capital Region Water,    100 Pine Drive,   Harrisburg PA 17103-1260
5072929         Center City Dental Care,    227 Pine Street,   Harrisburg PA 17101-1353
5072931        +City of Harrisburg,    SP Plus Municipal Services,   233 Walnut Street, Ste 1,
                 Harrisburg PA 17113
5072933        +Commonwealth of Pennsylvania,   Honorable James A. Lenker,   2125 Paxton Church Road,
                 Harrisburg PA 17110-9684
5072934         Computer Credit, Inc.,    470 West Hanes Mill Road,   PO Box 5238,   Winston Salem NC 27113-5238
5072937         Diversified Consultants, Inc.,    PO Box 1391,   Southgate MI 48195-0391
5072938        #Eastern Revenue,   PO Box 185,   Southeastern PA 19399-0185
5072939        +FedLoan Servicing,   Attention: Bankruptcy,   Po Box 69184,   Harrisburg PA 17106-9184
5072941         Geico Indemnity Company,    1 Geico Center,   Macon GA 31296-0001
5072942        +Go Financial,   7465 E Hampton Ave,   Mesa AZ 85209-3328
5072943        +Grady EMS,   Digitech Computer, Inc,   480 Bedford Rd, Bldg 600, 2nd Floor,
                 Chappaqua NY 10514-1716
5072946        +J.P. Harris Associates, LLC,    PO Box 226,   Mechanicsburg PA 17055-0226
5072949        +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,
                 Philadelphia PA 19106-1538
5072947        +Kenneth Bolinger,   1180 Cameron Street,   Harrisburg PA 17104-2531
5072948        +Keystone Collections Group,   PO Box 504,   Irwin PA 15642-0504
5072950         Locust Lane Dental Group,    5525 Locust Lane,   Harrisburg PA 17109-5677
5072956         MSHMC Phsicians Group,    PO Box 643313,   Pittsburgh PA 15264-3313
5072953        +MidAmerica Bank & Trust Company,   Attn: Bankruptcy,   Po Box 400,   Dixon MO 65459-0400
5072954        +Milton S. Hershey Medical Center,    PO Box 853,   Hershey PA 17033-0853
5072955         Milton S. Hershey Medical Center,    PO Box 643291,   Pittsburgh PA 15264-3291
5072957        +NJ E-ZPass,   Violations Processing Center,   PO Box 4971,   Trenton NJ 08650-4971
5072958         NYC Dept. of Finance/Parking,   PO Box 3615,   Church Street Station,   New York NY 10008-3615
5072966         PPL Electric Utilities,    827 Hausman Road,   Allentown PA 18104-9392
5072959        #Penn Credit Corp,   916 South 14th Street,   PO Box 988,   Harrisburg PA 17108-0988
5072960        +Penn State,   308 Shields Bldg,   University Park PA 16802-1220
5072961        +Penn Waste,   P.O. Box 3066,   York PA 17402-0066
5072962         Pennsylvania Psychiatric Institute,    PO Box 826933,   Philadelphia PA 19182-6933
5072963        +Pennsylvania Turnpike Commission,   Violation Processing Center,   8000 C Derry Street,
                 Harrisburg PA 17111-5287
5072964         Pinnacle Health Emergency Services,    PO Box 120153,   Grand Rapids MI 49528-0103
5072967         Professional Account Management,   PO Box 1153,   Milwaukee WI 53201-1153
5072968         Quantum Imaging and Therapeutic,   PO Box 62165,   Baltimore MD 21264-2165
5072969         Quest Diagnostics,    P.O. Box 7306,   Hollister MO 65673-7306
5072970        +South Fulton Emergency Physicians,    PO Box 14099,   Belfast ME 04915-4034
5072971         Susquehanna Township Auth.,    1900 Linglestown Road,   Harrisburg PA 17110-3301
5072972        +Susquehanna Township Authority,    1900 Linglestown Road,   Harrisburg PA 17110-3301
5072974        +Target Mobile Direct,    5125 Jonestown Road,   Suite 331,   Harrisburg PA 17112-4912
5072975        +The Orthopedic Institute of PA,   3399 Trindle Road,   Camp Hill PA 17011-2286
5072976         The Port Authority of NY & NJ,   Violations Processing Center,   PO Box 15186,
                 Albany NY 12212-5186
5072977         Total Visa,   PO Box 91510,   Sioux Falls SD 57109-1510
5072981         Wellstar Atlanta Medical Center,   P.O. Box 3475,   Toledo OH 43607-0475
5072982         Xfinity,   P.O. Box 21129,   Saint Paul MN 55121-0129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5072920         EDI: CINGMIDLAND.COM Nov 06 2018 02:00:00      AT&T Mobility,   PO Box 537104,
                 Atlanta GA 30353-7104
5072918        +E-mail/Text: rperez@arcadiarecovery.com Nov 05 2018 19:13:17      Arcadia Recovery Bur,
                 645 Penn St,   Reading PA 19601-3543
5072922        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 05 2018 19:13:40
                 Berk Credit & Collections,   PO Box 329,   Temple PA 19560-0329
5072926        +EDI: CAPITALONE.COM Nov 06 2018 02:05:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City UT 84130-0285
5072930         EDI: CITICORP.COM Nov 06 2018 02:05:00      Citi,   PO Box 6004,   Sioux Falls SD 57117-6004
5072932        +E-mail/Text: melonie@reducear.com Nov 05 2018 19:13:36      Collection Bureau Ft Walt,
                 PO Box 4127,   Fort Walton Beach FL 32549-4127
```

```
District/off: 0314-1           User: LyndseyPr              Page 2 of 2                 Date Rcvd: Nov 05, 2018
                               Form ID: 318                 Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5072935        +EDI: CCS.COM Nov 06 2018 02:00:00      Credit Collection Services,   725 Canton Street,
                 Norwood MA 02062-2679
5072940        +EDI: AMINFOFP.COM Nov 06 2018 02:02:00      First Premier Bank,   Po Box 5524,
                 Sioux Falls SD 57117-5524
5072944        +E-mail/Text: collections@greentrustcash.com Nov 05 2018 19:13:32      Green Trust Cash,
                 PO Box 340,   Hays MT 59527-0340
5072945        +EDI: IIC9.COM Nov 06 2018 02:07:00      IC Systems, Inc,   Attention: Bankruptcy,   PO Box 64378,
                 Saint Paul MN 55164-0378
5072951        +EDI: RESURGENT.COM Nov 06 2018 02:04:00      LVNV Funding/Resurgent Capital,   PO Box 10497,
                 Greenville SC 29603-0497
5072952         E-mail/Text: camanagement@mtb.com Nov 05 2018 19:13:02      M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo NY 14240
5072965        +E-mail/Text: CDuffy@pinnaclehealth.org Nov 05 2018 19:13:03      Pinnacle Health Hospitals,
                 PO Box 2353,   Harrisburg PA 17105-2353
5072978        +E-mail/Text: media@trueaccord.com Nov 05 2018 19:13:40      TrueAccord,   303 2nd Street,
                 Suite 750 South Tower,   San Francisco CA 94107-2543
5072980        +EDI: VERIZONCOMB.COM Nov 06 2018 01:58:00      Verizon,   500 Technology Drive,   Suite 550,
                 Weldon Spring MO 63304-2225
5072979        +EDI: VERIZONCOMB.COM Nov 06 2018 01:58:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Weldon Springs MO 63304-2225
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5072914          1-18-02222-hwv
5072973*         Susquehanna Township Authority,   1900 Linglestown Road,   Harrisburg PA 17110-3301
5072936        ##+Delaware River Joint Toll Bridge Co,   PO Box 851918,   Richardson TX 75085-1918
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor 1 Robin M. Harris lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Robin M. Harris**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–3913**<br>EIN __ __ – __ __ __ __ __ __ __ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | |
| Case number:  **1:18–bk–02222–HWV** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin M. Harris

November 5, 2018

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**