```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                               Case No. 18-02222-HWV
Robin M. Harris                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr          Page 1 of 1           Date Rcvd: Oct 31, 2019
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db          +Robin M. Harris,   2404 Newtown Drive,   Harrisburg, PA 17110-3688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Lisa A Rynard    on behalf of Debtor 1 Robin M. Harris lrynard@pkh.com,
         rwhitfield@pkh.com;aburd@pkh.com
        Markian R Slobodian (Trustee)    PA49@ecfcbis.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robin M. Harris,   Chapter   7

**Debtor 1**

Case No.   1:18–bk–02222–HWV

Social Security No.:
xxx–xx–3913

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 31, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)